IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                           CRIMINAL NO. 2:04CR16
                               (Judge Keeley)

**NATHANIAL KING,**

      Defendant.

### ORDER RESCHEDULING SENTENCING

For reasons appearing to the Court, the sentencing hearing in this matter previously set for February 27, 2006 at 1:00 p.m. is **RESCHEDULED** to **April 5, 2006** at **2:30 p.m.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit certified copies of this Order to counsel of record, the Office of Probation, and all appropriate agencies.

DATED: February _____23_____, 2006.

                                               /s/ Irene M. Keeley
                                               IRENE M. KEELEY
                                               UNITED STATES DISTRICT JUDGE